*Messrs. Frederic D. McKenney, Henry Wolfe Biklé, Frank J. Loesch,* and *Edward M. Burke* for petitioner. *Mr. Abraham R. Miller* for respondent.

No. 377. WHITFIELD *v.* OHIO. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Ohio granted. *Messrs. Wm. Logan Martin* and *Thomas E. Knight, Jr.,* for petitioner. *Messrs. John W. Bricker, William, S. Evatt, Harry B. Hawes, Raymond A. Walsh,* and *Bon Geaslin* for respondent.

No. 379. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* SAN JOAQUIN FRUIT & INVESTMENT CO. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Reed* for petitioner. *Messrs. Geo. W. Naus, J. Robert Sherrod,* and *Joseph D. Peeler* for respondent.

No. 399. SOUTHERN RY. CO. *v.* LUNSFORD, ADMINISTRATRIX. October 14, 1935. Petition for writ of certiorari to the Court of Appeals of Georgia granted. *Messrs. Sidney S. Alderman, S. R. Prince, G. E. Maddox,* and *H. O'B. Cooper* for petitioner. *Mr. Reuben R. Arnold* for respondent.

No. 401. UNITED STATES *v.* BUTLER ET AL., RECEIVERS. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Reed* for the United States. *Messrs.*